IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CLARK,
    Plaintiff,

vs.                                          Case No. 3:09cv448/RV/EMT

D. ELLIS, et al.,
    Defendants.
_____/

## **ORDER**

Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). He has now filed a renewed motion for leave to proceed in forma pauperis (Doc. 11).

Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for the motion, specifically, <u>a financial certificate signed by a prison official</u> with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

Plaintiff has also submitted a letter to the clerk dated November 16, 2009, which shall be docketed. In his letter Plaintiff apparently requests a copy of his complaint. Plaintiff is advised that a copy of the complaint may be purchased at a cost of $ .50 per page, prepaid, to the clerk of this court. Plaintiff's complaint is twenty-three (23) pages in length; accordingly, the cost for one copy of the complaint is $11.50.

Accordingly, it is **ORDERED**:

1.     Plaintiff's motion to proceed in forma pauperis (Doc. 11) is **DENIED** without prejudice.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District. This case number should be written on the forms.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form, <u>a financial certificate signed by a prison official</u>, and an attached computer printout of the transactions in his prison account during the preceding six-month period.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

5. The clerk shall docket Plaintiff's letter dated November 16, 2009.

**DONE AND ORDERED** this 8th day of December 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**