IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY CLARK,
    Plaintiff,

vs.                                         Case No. 3:09cv448/RV/EMT

D. ELLIS, et al.,
    Defendants.
_____/

**O R D E R**

        Plaintiff, a prisoner proceeding pro se in this 42 U.S.C. § 1983 action, has filed a motion for leave to proceed in forma pauperis (Doc. 16). Although the court previously provided Plaintiff with the proper court-approved forms for use in requesting in forma pauperis status (Doc. 13), Plaintiff failed to use all of the forms. Specifically, Plaintiff must use the Northern District of Florida's approved motion to proceed in forma pauperis, prisoner consent form, and financial certificate. Accordingly, Plaintiff's instant motion shall be denied without prejudice to refiling his motion on the correct forms.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's motion to proceed in forma pauperis (Doc. 16) is **DENIED** without prejudice.

        2.    The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District. This case number should be written on the forms.

        3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with

the requisite prisoner consent form, a financial certificate signed by a prison official, and an attached computer printout of the transactions in his prison account during the preceding six-month period.

    4.    Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this <u>19th</u> day of January 2010.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**